# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Osakpamwan Henry Omoruyi, Osaretin Godspower Omoruyi, and Macpherson Osemwegie | ) Case No. 21-mj-4101-DHH |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2018 - June 2020** in the county of **Suffolk** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Bank and Wire Fraud Conspiracy |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Livingood, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Mar 23, 2021**

*Judge's signature*

City and state: Worcester, Massachusetts

Hon. David H. Hennessy
*Printed name and title*